**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **HALLIBURTON ENERGY** | § | |
| **SERVICES, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **MO-09-CV-053** |
| | § | |
| **DOWNHOLE FLUIDICS, INC.,** | § | |
| **Defendant.** | § | |

**ORDER GRANTING DOWNHOLE FLUIDICS, INC.'s**
**OPPOSED MOTION TO COMPEL DOCUMENT PRODUCTION**

BEFORE THE COURT is Downhole Fluidics, Inc.'s (DFI) Opposed Motion to Compel Document Production (Document # 45) filed on December 1, 2009. After reviewing the Motion, as well as the Response, and after a hearing on the matter on December 18, 2009, the Court finds that both parties are working diligently and in good faith to complete document production. In accord with the rulings stated on the record during the December 18th hearing, the Court finds that the Motion should be **GRANTED** as follows:

Halliburton Energy Services, Inc. (Halliburton) will by 5:00 p.m. on December 29, 2009, produce all documents responsive to DFI's First Request for Production and will designate each document or category of documents to a specific DFI Request. Such discovery production shall include, but is not limited to, 1) samples (actual invoices) of Halliburton invoices which correspond to spreadsheets in order to show that all information of underlying documents is included in the spreadsheet and 2) the Halliburton price books for the years 2002 through 2009, respectively. Further, Halliburton will expand its search of electronic mail, correspondence, memos, notes, and messages to include all 26 individuals named in DFI's Request for Production #122.

The produced documents may be in electronic format or actual hard copy documents but will be delivered to DFI no later than the date and time stated above.

Further, a status conference is set for **8:30 a.m., on Wednesday, December 30, 2009,** at the United States District Courthouse, First Floor, 200 E. Wall Street, Midland, Texas.

**IT IS SO ORDERED.**

**SIGNED** on December 18, 2009.

DAVID COUNTS
UNITED STATES MAGISTRATE JUDGE